```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
Maximus Sauro Ayala,                                           :
                                                               :                 ORDER
                                Plaintiff,                     :            23-cv-09802 (MKV) (KHP)
                                                               :
                -against-                                      :
                                                               :
Kilolo Kijakazi, Acting Commissioner                           :
 of Social Security,                                           :
                                Defendant.                     :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2023

**KATHARINE H. PARKER, United States Magistrate Judge**.

This case has been referred to me for a report and recommendation. The parties shall meet and confer to discuss whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to 28 U.S.C. § 636(c). If the parties jointly consent, they shall complete and file the consent form available on the Court's website at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

If either or both parties do not consent, counsel for Plaintiff shall file a letter on ECF no later than **Tuesday, January 16, 2024** representing that the parties met and conferred but that they do not jointly consent. The letter should not indicate any particular party's consent or non-consent.

This Order is not meant to interfere in any way with the parties' absolute right to a decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c). There will

be no adverse consequences if the parties withhold their consent, but granting consent may result in a faster and more efficient resolution of this case.

**SO ORDERED.**

Dated: November 7, 2023
New York, NY

_____
KATHARINE H. PARKER
United States Magistrate Judge