```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MAXIMUS SAURO AYALA,

                Plaintiff,

            -against-

KILOLO KIJAKAZI, Acting Commissioner
   of the Social Security Administration

                Defendant.
-----------------------------------------------------------------X

23-CV-9802 (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Clerk of the Court is respectfully directed to substitute Martin O'Malley for Kilolo Kijakazi as the defendant in this suit, and to update the case caption to reflect the substitution.

      SO ORDERED.

DATED:    New York, New York
               December 28, 2023

                                                              */s/ Katharine H. Parker*
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge